

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**VA 2-412-828**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 16, 2024

## Title

**Title of Work:** Fuyune

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** August 01, 2005
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-764**

**Effective Date of Registration:**
July 29, 2024

**Registration Decision Date:**
September 09, 2024

## Title

**Title of Work:** Kakuju Kotobuki

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 31, 2012
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-413-783**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 23, 2024

## Title

**Title of Work:** Tsukiakari

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** February 01, 2000
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**VA 2-411-853**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 10, 2024

## Title

**Title of Work:** Hutari Mai

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** February 01, 2002
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-773**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Sakura

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 16, 2009
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


あなたに微笑む
春代

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-852**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 10, 2024

## Title

**Title of Work:** Hanayagi

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 06, 2014
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-412-837**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 16, 2024

## Title

**Title of Work:** Oriental Gate Multi-Pic

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 04, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SWH14 8HL United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-775**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Yoizakura

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 30, 2011
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-776**

**Effective Date of Registration:**
July 29, 2024

**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Tsukiusagi

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** May 10, 2010
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**VA 2-414-770**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Kihaku

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 15, 2005
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**VA 2-414-777**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Teien

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 04, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-771**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Sagi no Mai

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** July 05, 2007
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-855**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 10, 2024

## Title

**Title of Work:** Kochouran

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** July 03, 2006
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


清らかに
春代

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-856**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 10, 2024

## Title

**Title of Work:** Koikaze

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 07, 2022
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**VA 2-413-778**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 23, 2024

## Title

**Title of Work:** Haru no Uta

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 03, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-413-781**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 23, 2024

## Title

**Title of Work:** Hien

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** January 25, 2005
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-774**
**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Seika Gekka

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 20, 2012
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-414-778**

**Effective Date of Registration:**
July 29, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Syunran Syugiku

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 20, 2012
**Nation of 1st Publication:** Japan

## Author

- **Author:** Haruyo Morita
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Haruyo Morita
Unit 4, 71 Hood Street, Coffs Harbour, NSW, 2450, Australia

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street
London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm


春代